ANNA K. HANSEN, as Administratrix of the Estate of HANS HANSEN, Deceased, Respondent, *v.* GEORGE COLON & COMPANY et al., Appellants and Respondents, Impleaded with Another.

(Argued January 21, 1936; decided March 3, 1936,)

*Frederick Mellor* for George Colon & Company, appellant and respondent.

*James I. Cuff, James I. McGuire* and *James A. Hughes* for The Stone & Webster Building, Inc., appellant and respondent.

*Peter F. McAllister* and *John P. Coffin* for plaintiff-respondent.

Judgment affirmed, with costs to plaintiff-respondent. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. CRANE, Ch. J., dissents on the ground he is unable to find any negligence as to The Stone & Webster Building, Inc.